# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 10 CV 7827

Date Filed: 10/13/2010

Plaintiff:
**ALEXANDRA CARTON, et al**

vs.

Defendant:
**STERLING INFOSYSTEMS**

For:
Pitta & Giblin, LLP
120 Broadway
28th Floor
New York, NY  10271

Received these papers to be served on **STERLING INFOSYSTEMS, INC., 249 WEST 17TH STREET, 6TH FLOOR, NEW YORK, NY 10011.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **15th day of October, 2010 at 1:12 pm, I:**

Served the above named Entity by delivering a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet & Consent to Become Party In An Action to Recover Unpaid Overtime and Other Wages to Stephanie Michelson, Executive Assistant at the CEO's Office, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 40,  Sex: F,  Race/Skin Color: White,  Height: 5'9",  Weight: 145,  Hair: Blonde,  Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 18th day of October, 2010 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2012

Baldeo Chetram
Process Server

Our Job Serial Number: CSU-2020093564