UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/10
```

ALEXANDRA CARTON, *et al.*,

           Plaintiffs,

-v-

STERLING INFO SYSTEMS, INC,

           Defendant.

No. 10 Civ. 7827 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a joint letter from the parties advising the Court of their intent to enter mediation and requesting adjournment of the December 10, 2010 deadline for the submission of the joint letter and case management plan described in the Court's October 18, 2010 Order.

    IT IS HEREBY ORDERED THAT the parties must submit the joint letter, but not the case management plan, on or before the December 10, 2010 deadline. The parties are ordered to appear at the initial conference scheduled to be held on December 14, 2010 at 9:30 a.m. prepared to discuss the contemplated timeframe for mediation, as well as the proposed notice of pendency, which must be submitted to the Court on or before December 13, 2010.

SO ORDERED.

DATED:    December 8, 2010
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE