

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA CARTON, *et al.*,

                         Plaintiffs,

-v-

STERLING INFO SYSTEMS, INC,

                         Defendant.

No. 10 Civ. 7827 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated at the conference held on December 14, 2010, the parties shall submit a joint letter by May 16, 2011, advising the Court of the status of their mediation. If the case has not settled, the parties shall also submit a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

SO ORDERED.

DATED:     December 14, 2010
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE